# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** July 31, 2025

**CASE OF:**   STEVEN MATTHEW WOLF V. STATE OF FLORIDA

**DOCKET NO.:** SC2023-1077

**OPINION FILED:**  July 10, 2025

## ATTENTION:  ALL PUBLISHERS

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On page 39, line 11, "lacerations and buccal" was changed to "lacerations of the lip and buccal area" in the second paragraph.

**SIGNED:  OPINION CLERK**